7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Bert Joseph Thornton
*Debtor*

*Bankruptcy Case No.*
13–60019–abf7

**Fred Charles Moon**
   Plaintiff(s)

*Adversary Case No.*
16–06011–abf

v.

**Bert Joseph Thornton**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment by Default is hereby entered in favor of the Plaintiff/Trustee and against Defendant, Bert Joseph Thornton, in the sum of $12,475.00 on the Plaintiff/Trustee's Complaint For Turnover and Payment of Non–Exempt Income Tax Refunds Pursuant to 11 U.S.C. Section 542(a).. Said judgment shall bear interest at the maximum statutory rate for civil judgments; and the costs of this action, including the adversary filing fee of $350.00, are hereby taxed against Debtor/Defendant, Joseph Bert Thornton.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Sharon Greene
     Deputy Clerk



Date of issuance: 5/4/16

Court to serve